IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BENJAMIN WALKER,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, RICK RAEMISCH,
GARY HAMBLIN, PETER HUIBREGSTE,
TIM HAINES, DAVID GARDNER,
SARA MASON, LT. TOM and
SGT. NOVISKA,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-599-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

By: Lynn Kamla, Deputy Clerk
Peter Oppeneer, Clerk of Court

Date: 9-14-11