IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BENJAMIN WALKER,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, RICK RAEMISCH,
GARY HAMBLIN, PETER HUIBREGSTE,
TIM HAINES, DAVID GARDNER,
SARA MASON, LT. TOM and
SGT. NOVISKA,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-599-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

By: *Lynn Kamle, Deputy Clerk*            9-14-11
Peter Oppeneer, Clerk of Court           Date